FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**May 12, 2026 3:36 PM**
Lucy H.Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ26-00439 RT |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL ON |
| vs. | ) | BEHALF OF THE UNITED STATES |
| | ) | OF AMERICA |
| IGOR MYKHAYLOVYCH | ) | |
| LYTVYNCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
ON BEHALF OF THE UNITED STATES OF AMERICA

COMES NOW, Assistant United States Michael Nammar, and hereby enters his appearance and substitution of counsel before the United States District Court for the District of Hawaii for the above-captioned case.

Assistant United States Attorney Aislinn K. Affinito is no longer representing the United States in this case.

DATED:   May 12, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By: /s/ Michael Nammar
    MICHAEL NAMMAR
    Assistant U.S. Attorney