FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**May 13, 2026 12:55 PM**
Lucy H.Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail:   Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. MJ26-00439 RT |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO UNSEAL |
| | ) | CRIMINAL COMPLAINT |
| vs. | ) | |
| | ) | |
| IGOR MYKHAYLOVYCH | ) | |
| LYTVYNCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT

Comes now UNITED STATES OF AMERICA, through its undersigned

attorneys, and hereby moves this Court for an order unsealing the Criminal

Complaint and Affidavit attached to the Complaint in the above-entitled matter on

the ground that there has been an arrest made in connection with the charge

outlined in the Criminal Complaint.

     DATED:  Honolulu, Hawaii, May 13, 2026.

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By */s/ Michael Nammar*
     MICHAEL NAMMAR
     Assistant U.S. Attorney